**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIGHTVIEW LANDSCAPES, LLC,<br>980 Jolly Road, Suite 300<br>Blue Bell, PA 19422<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MCDONOUGH<br>16 Oakridge Dr.<br>Milton, DE 19968<br><br>AND<br><br>SULLIVAN'S LANDSCAPING &<br>MAINTENANCE, INC.,<br>1924 Bay Road,<br>Milford DE 19963<br><br>Defendants. | No. Case 1:25-cv-00827-RGA |

**JOINT STIPULATED PERMANENT INJUNCTION**

1. Defendant Christopher McDonough shall not use or possess "Confidential Information," as that term is defined in Confidentiality and Non-Solicitation Agreement (the "Confidentiality Agreement") between Mr. McDonough and BrightView Landscapes, LLC ("BrightView"), attached to the Complaint in the above-captioned action as Exhibit A, belonging to BrightView;

2. McDonough attests under penalty of perjury he has not shared any BrightView Confidential Information currently in his possession with anyone;

3. McDonough shall destroy all BrightView property, including any BrightView Confidential Information, in his possession and, once the destruction is completed, McDonough shall attest under penalty of perjury that he has done so;

4. McDonough shall not compete with, or be employed by any firm in competition with, BrightView for a period of two years, and this period shall commence on the date this Joint Stipulated Permanent Injunction is filed;

5. Should McDonough violate the terms of this Joint Stipulated Permanent Injunction, BrightView shall be entitled to recover from McDonough its damages resulting from McDonough's violation and any resulting attorney's fees.

Dated: December 23, 2025

GREENBERG TRAURIG, LLP

Lisa Zwally (#4328)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
(302) 661-7668
Lisa.Zwally@gtlaw.com

Gregory T. Sturges, Esq.
1717 Arch St., Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7820
sturgesg@gtlaw.com

Paul B. Ranis, Esq.
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301
Tel: (954) 768-8239
ranisp@gtlaw.com

*Attorneys for Plaintiff*
*Brightview Landscapes, LLC*

SCHMITTINGER & RODRIGUEZ

Gary E. Junge (#6169)
414 South State Street
Wilmington, DE 19901
(302) 674-0140
gjunge@schmittrod.com

*Attorney for Defendant*
*Christopher McDonough*

IT SO ORDERED

Date: December 30, 2025

/s/ Richard G. Andrews

Hon. Richard G. Andrews