**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BRIGHTVIEW LANDSCAPES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER MCDONOUGH and SULLIVAN'S LANDSCAPING & MAINTENANCE, INC.,<br><br>Defendants. | C.A. No. 25-cv-827-RGA |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Brightview Landscapes, LLC, Defendant Christopher McDonough and Defendant Sullivan's Landscaping & Maintenance, Inc., have resolved this matter. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), counsel for all parties hereby stipulate and agree that Plaintiff BrightView Landscapes, LLC dismisses *with* prejudice its claims against Defendants Christopher McDonough and Sullivan's Landscaping & Maintenance, Inc.

*[Signature Page Follows]*

**GREENBERG TRAURIG, LLP**

*/s/ Lisa M. Zwally*
Lisa M. Zwally (DE Bar #4328)
222 Delaware Avenue, Suite 1600
Wilmington, DE 19801
T: (302) 661-7000
Lisa.Zwally@gtlaw.com

*Attorneys for Plaintiff*

**GIORDANO & GAGNE, LLC**

*/s/ Scott G. Wilcox*
Scott G. Wilcox (DE Bar #3882)
5315 Limestone Road
Wilmington, DE 19808
T: (302) 463-7537
Scott@gdwlawfirm.com

*Attorneys for Defendant Sullivan's Landscaping & Maintenance, Inc.*

**SCHMITTINGER AND RODRIGUEZ, P.A.**

*/s/ Gary E. Junge*
Gary E. Junge (DE Bar #6169)
414 S. State Street
P.O. Box 497
Dover, DE 19903
T: (302) 674-0140
gjunge@schmittrod.com

*Attorney for Defendant Christopher McDonough*

Dated: December 23, 2025

IT IS SO ORDERED, this 30th day of December, 2025.

/s/ Richard G. Andrews
United States District Judge